**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                      CASE NO.: 20-19404-VFP
                                                              CHAPTER 13

**Altagracia D Matos,**
    Debtor.
_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                                                    RAS Citron, LLC
                                                    Authorized Agent for Secured Creditor
                                                    130 Clinton Road, Suite 202
                                                    Fairfield, NJ 07004
                                                    Telephone: 973-575-0707
                                                    By: /s/Shauna Deluca
                                                    Shauna Deluca
                                                    Email: sdeluca@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ALTAGRACIA D MATOS
46 ELLIOTT ST FL 1
NEWARK, NJ 07104

And via electronic mail to:

YAKOV RUDIKH
RUDIKH AND ASSOCIATES
223 ROUTE 18 SOUTH
SUITE 204
EAST BRUNSWICK, NJ 08816

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/Michael Pezzuto
Michael Pezzuto
Email: mpezzuto@rasflaw.com