# United States Bankruptcy Court
## District of New Jersey

In re  **Altagracia D Matos**    Debtor(s)    Case No. **20-19404**    Chapter **13**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **September 29, 2020**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date **September 29, 2020**    Signature **/s/ Altagracia D Matos**
**Altagracia D Matos**
Debtor

Attorney **/s/ Yakov Rudikh**
**Yakov Rudikh 001652007**

Rudikh & Associates, LLC
223 Route 18 South, Suite 204
East Brunswick, NJ 08816
(732) 659-6961
Fax: (732) 520-6422
rudikhlawgroup@gmail.com