Certificate Number: 05781-NJ-DE-034952259

Bankruptcy Case Number: 20-19404



05781-NJ-DE-034952259

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2020, at 6:45 o'clock PM PDT, Altagracia Matos completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  October 5, 2020         By:    /s/Allison M Geving

                               Name:  Allison M Geving

                               Title: President