UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Michael E. Holt
mholt@formanlaw.com

**Order Filed on May 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALTAGRACIA D. MATOS

                    Debtor.

Chapter:   7

Case No.: 20-19404(VFP)

Judge:   Vincent F. Papalia

| Recommended Local Form: | ☒ Followed ☐ Modified |
|---|---|

## <u>ORDER AUTHORIZING RETENTION OF FORMAN HOLT AS ATTORNEYS</u>

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 4, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

F0115448 - 1

Page 2
Debtor:      Altagracia D. Matos
Case No.     20-19404(VFP)
Caption:     Order Authorizing Retention of Forman Holt as Attorneys

_____

   Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys, it is hereby ORDERED:

  1.  Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted.  The professional's address is:  365 West Passaic Street, Suite 400

            Rochelle Park, NJ 07662

  1.  Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

  2.  If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

  3.  The effective date of the retention is the date the application was filed with the Court.

F0115448 - 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 20-19404-VFP

Altagracia D Matos                                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

**Recip ID             Recipient Name and Address**
db              + Altagracia D Matos, 46 Elliott St FL 1, Newark, NJ 07104-3420

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

**Name              Email Address**

Andrew M. Lubin

          on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM11 bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Charles M. Forman

          cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon

          on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Michael E. Holt

          on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com

Shauna M Deluca

          on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdeluca@raslg.com

U.S. Trustee

District/off: 0312-2                           User: admin                                    Page 2 of 2

Date Rcvd: May 04, 2021                        Form ID: pdf903                                Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh

on behalf of Debtor Altagracia D Matos rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 7