UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Altagracia D. Matos                                   Case No.: 20-19404 (VFP)

                                                              Chapter:  7

                                                              Judge:    Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on May 2, 2023, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 207 15th Street, Unit 5R, Jersey City, NJ, having a fair market value of $315,000.00.

> Liens on property:
>
> Select Portfolio Servicing
> $107,371.00
> Ditech Financial LLC
> $18,086.00

> Amount of equity claimed as exempt:  $25,150.00

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.:  201-845-1000

F0038623 - 1