UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Altagracia D. Matos

Case No.: 20-19404 (VFP)

Chapter:  7

Judge:    Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on May 2, 2023, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property located at 207 15th Street, Unit 5R, Jersey City, NJ, having a fair market value of $315,000.00.

Liens on property:

Select Portfolio Servicing
$107,371.00
Ditech Financial LLC
$18,086.00

Amount of equity claimed as exempt:  $25,150.00

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.:  201-845-1000

F0038623 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19404-VFP |
| Altagracia D Matos | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 30, 2023 | Form ID: pdf905 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Altagracia D Matos, 46 Elliott St FL 1, Newark, NJ 07104-3420 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| 518921043 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 518921045 | + | Essex County Special Civil Part, 465 Dr. Martin Luther King Jr., Newark, NJ 07102-1735 |
| 518921047 | + | Hayt Hayt & Landau, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 518921053 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519285593 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2023 20:38:56 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518921038 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2023 20:39:12 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518921039 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2023 20:39:04 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 518929289 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 30 2023 20:38:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518921041 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 30 2023 20:37:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518921042 | + | Email/Text: mrdiscen@discover.com | Mar 30 2023 20:36:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 518921044 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 30 2023 20:37:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 518921046 | ^ | MEBN | Mar 30 2023 20:32:15 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 518921049 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2023 20:37:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 518921040 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2023 20:39:12 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |

District/off: 0312-2                     User: admin                              Page 2 of 3

Date Rcvd: Mar 30, 2023                  Form ID: pdf905                          Total Noticed: 31

| | | | | |
|---|---|---|---|---|
| 518921051 | + | Email/Text: BKNotice@ldvlaw.com | Mar 30 2023 20:36:00 | Lyons, Doughty, & Veldhuis, P.C., 136 Gaither Drive Suite 100, Mount Laurel, NJ 08054-2239 |
| 518921052 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2023 20:37:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518951683 | | Email/Text: mtgbk@shellpointmtg.com | Mar 30 2023 20:36:00 | New Residential Mortgage LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 518958069 | + | Email/Text: RASEBN@raslg.com | Mar 30 2023 20:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518972619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2023 20:39:06 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.A., POB 41067, Norfolk VA 23541 |
| 518968596 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2023 20:38:57 | Portfolio Recovery Associates, LLC, c/o TJX, POB 41067, Norfolk VA 23541 |
| 518921054 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2023 20:39:06 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518928251 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Mar 30 2023 20:38:55 | Sprint Corp, PO BOX 7949, OVERLAND PARK, KS 66207-0949 |
| 519248165 | + | Email/Text: bncmail@w-legal.com | Mar 30 2023 20:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518921055 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 30 2023 20:37:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 518923036 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2023 20:38:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518930024 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 30 2023 20:37:00 | U.S. Bank Trust National Association, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518921050 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 518921048 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-2                              User: admin                                        Page 3 of 3

Date Rcvd: Mar 30, 2023                          Form ID: pdf905                                    Total Noticed: 31

Date: Apr 01, 2023                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM11 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael E. Holt | on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com |
| Shauna M Deluca | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdeluca@hasbanilight.com hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Altagracia D Matos rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 8