Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20–19404–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Altagracia D Matos
    46 Elliott St FL 1
    Newark, NJ 07104
Social Security No.:
    xxx–xx–1226
Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

        I  Diana L. Reaves , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

207 15th Street, Unit 5R, Jersey City, NJ

Dated: April 26, 2023
JAN: dlr

                                    Jeanne Naughton
                                    Clerk